

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.: 1:24-cr-00130-SDN |
| DONALD "DJ" MCBREAIRTY | |

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Theft of Firearm from Licensed Firearms Dealer)

On about February 24, 2022, within the District of Maine, defendant

### DONALD "DJ" MCBREAIRTY

knowingly and unlawfully stole, took and carried away from the premises of a licensed firearms dealer, namely an FFL located in Fort Kent, firearms in the licensee's business inventory that were shipped or transported in interstate or foreign commerce, specifically including, but not limited to: (1) an Anderson AR-15, serial number 21370790, (2) an Anderson AR-15, serial number 81884878, (3) a Beretta, model 92FS, serial number BER279653, (4), a Glock, model 27 GEN3, serial number BEFH019, (5) an Smith & Wesson, model M&P 15-22, serial number LAJ6964, (6) an Smith & Wesson, model M&P 9 SHEILD EZ, serial number RFF9247, (7) a Glock, model 19X, serial number BVXU369, (8) an Smith & Wesson, model Bodyguard, serial number KJA1083, and (9) a Sig Sauer, model Mosquito, serial number F366659.

The defendant thus violated Title 18, United States Code, Section 922(u).

A TRUE BILL,

Date: Nov. 7, 2024

Signature Redacted – Original on file with the Clerk's Office

Grand Jury Foreperson

_Raphaelle Silver_
(Assistant) United States Attorney