## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

DONALD "DJ" MCBREAIRTY

Crim. No.: 1:24-cr-00130-SDN

### MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

____ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

____ Crime of violence

____ Maximum sentence life imprisonment or death

____ 10+ year drug offense

____ Felony, with two prior convictions in above categories

_X_ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

____ Serious risk defendant will flee

____ Serious risk obstruction of justice

2. Reasons for Detention:

   i. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

   _X_ Defendant's appearance is required

   _X_ Safety of any other person and the community

3.  Rebuttable Presumption. The United States will invoke the rebuttable

    presumption against the defendant under 18 U.S.C. § 3142(e). The

    presumption applies here because (check one or both if applicable)

    ____ Probable cause to believe the defendant committed an offense specified

    in 18 U.S.C. §3142(e) involving: drugs, firearms, terrorism, a minor victim, or

    conduct outside of the United States.

    ____ Previous conviction for "eligible" offense committed while on pretrial

    bond

4.  Date of Detention Hearing. The United States requests that the detention

    hearing be held after a continuance of up to 3 days.

5.  Length of Detention Hearing. The United States will require half-an-hour to

    present its case for detention.

Date: November 12, 2024                    DARCIE N. MCELWEE
                                           UNITED STATES ATTORNEY

                                           /s/Raphaelle A. Silver
                                           Raphaelle A. Silver
                                           Assistant United States Attorney
                                           United States Attorney's Office
                                           202 Harlow Street, Suite 111
                                           Bangor, ME 04401
                                           (207) 945-0373
                                           Raphaelle.silver@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 12, 2024, I electronically filed the Government's Motion for Detention with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Ron Bourget, Esq.
Counsel of record


Darcie N. McElwee
United States Attorney

/s/ Raphaelle A. Silver
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Suite 111
Bangor, ME 04401
(207) 945-0373
Raphaelle.Silver@usdoj.gov